UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN 30 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

R. SADLER BAILEY, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

HONEYWELL INTERNATIONAL INC.,

Defendant.

Civil Action No.: 05-2063-DP

05-2063

[PROPOSED] ORDER Re: Plaintiff's Motion to Withdraw its Motion to Vacate Order Denying Motion for Remand Without Prejudice

## ORDER

Upon consideration of Plaintiff's Motion to Withdraw its Motion to Vacate Order Denying Motion for Remand Without Prejudice, or Alternatively for Hearing on the Issue of Remand, the issuance by the Judicial Panel on Multidistrict Litigation of a conditional transfer order transferring this case to the Northern District of California on June 14, 2005, review of the additional evidence presented therein, and the circumstances of this case, the Court finds Plaintiff's Motion is well taken. It is therefore,

ORDERED that the previous Motion to Withdraw its Motion to Vacate Order Denying Motion for Remand without Prejudice, or Alternatively for Hearing on the issue of Remand is granted subject to further order of the MDL transferee court.

Bernice B. Donald, District Judge

Date: June 30, 2015

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

30

APPROVED:

*[signature: R. Christopher Gilreath]*

R. Christopher Gilreath
Gilreath & Associates
6256 Poplar Ave.
Memphis, TN 38119
(901) 680-9777

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion to Withdraw its Motion to Vacate Order Denying Motion for Remand Without Prejudice, or Alternatively for Hearing on the Issue of Remand has been served this the ____ day of June, 2005, via facsimile and U.S. Mail, postage prepaid to the following:

J. Brook Lathram
Courtney Ellis
BURCH, PORTER & JOHNSON
130 North Court Ave.
Memphis, TN 38103

Ian Simmons
Richard G. Parker
Benjamin Bradshaw
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, DC 20006-4001

R. Christopher Gilreath
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CV-02063 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Jill S. Abrams
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016

Robert J. Bonsignore
BONSIGNORE AND BREWER
23 Forest Street
Medford, MA 02155

Sidney Gilreath
GILREATH & ASSOCIATES
550 Main Avenue
Ste. 600
Knoxville, TN 37902

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Benjamin G. Bradshaw
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Courtney E. Ellis
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

R. Christopher Gilreath
GILREATH & ASSOCIATES
6256 Poplar Ave.
Memphis, TN 38119

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego, CA 92101--150

Angela Thaler Wilks
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Robin Brewer
BONSIGNORE AND BREWER
23 Forest Street
Medford, MA 02155

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT