A CERTIFIED TRUE COPY

JUN 3 0 2005

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED BY
Cy

JUL 1 1 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 4 2005

FILED
CLERK'S OFFICE

JUL - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DOCKET NO. 1673**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CIRCULAR THERMOSTAT ANTITRUST LITIGATION

*Vincent Fagan, et al. v. Honeywell International, Inc.,* D. Massachusetts, C.A. No. 1:05-10119
*John McKinnon v. Honeywell International, Inc.,* D. Maine, C.A. No. 2:05-22
*R. Sadler Bailey v. Honeywell International, Inc.,* W.D. Tennessee, C.A. No. 2:05-2063
*Alfred T. Wright v. Honeywell International, Inc.,* D. Vermont, C.A. No. 1:05-1

### CONDITIONAL TRANSFER ORDER (CTO-1)

On May 3, 2005, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable William H. Alsup.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Alsup.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of May 3, 2005, __F.Supp. 2d.__ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable William H. Alsup.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 3 0 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date 7/8/05

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CV-02063 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Angela Thaler Wilks
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego, CA 92101--150

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Sidney Gilreath
GILREATH & ASSOCIATES
550 Main Avenue
Ste. 600
Knoxville, TN 37902

R. Christopher Gilreath
GILREATH & ASSOCIATES
6256 Poplar Ave.
Memphis, TN 38119

Courtney E. Ellis
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robin Brewer
BONSIGNORE AND BREWER
23 Forest Street
Medford, MA 02155

Benjamin G. Bradshaw
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006--400

Robert J. Bonsignore
BONSIGNORE AND BREWER
23 Forest Street
Medford, MA 02155

Jill S. Abrams
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016

Honorable Bernice Donald
US DISTRICT COURT